**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**John P. DEWEY, Defendant-Appellant.**

No. 16-30113

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

Joseph E. Thaggard, Assistant U.S. Attorney, USMI—Office of the U.S. Attorney, Missoula, MT, Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, for Plaintiff-Appellee

Robert Henry Branom, Jr., Assistant Federal Public Defender, FDMT—Federal Defenders of Montana (Great Falls), Great Falls, MT, for Defendant-Appellant

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

John P. Dewey appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Dewey contends that the district court erred by denying his motion without first appointing counsel to represent him. This claim fails because Dewey had no constitutional right to counsel when bringing his section 3582 motion. *See United States v. Townsend*, 98 F.3d 510, 512-13 (9th Cir. 1996). Moreover, because Dewey was sentenced as a career offender under U.S.S.G. § 4B1.1, the district court correctly determined that he is ineligible for a sentence reduction under Amendment 782. *See* 18 U.S.C. § 3582(c)(2); *United States v. Wesson*, 583 F.3d 728, 731 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Dewey's request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.